IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JEREMY GERALD, :<br>:<br>Petitioner, :<br>:<br>VS. :<br>M. Hicks, and THUBBERT BAKER, :<br>ATTORNEY GENERAL OF GEORGIA, :<br>:<br>Respondents. : | CIVIL ACTION FILE<br>NO. 7:06-CV-28(HL) |

**O R D E R**

Respondent herein, has filed a motion seeking dismissal of the above-styled action alleging the petitioner's failure to exhaust his state court remedies prior to seeking federal habeas corpus relief. The petitioner is directed to respond to the respondent's motion to dismiss pursuant to the dictates of the following notice:

Since petitioner is proceeding *pro se*, the court deems it appropriate and necessary to advise him of his right to respond to said motion and of the consequences which he may suffer if he fails to file a response thereto.

Petitioner is advised that:

(1) a MOTION TO DISMISS has been filed herein by respondent;

(2) petitioner has the right to oppose the granting of said motion; and

(3) if petitioner fails to oppose said motion, his complaint may be dismissed.

Petitioner is further advised that under the procedures and policies of this court, motions to dismiss are normally decided on briefs. The court considers the pleadings and briefs filed by the parties in deciding whether dismissal is appropriate under the law.

**FAILURE OF THE PETITIONER HEREIN TO RESPOND TO THE MOTION TO DISMISS MAY RESULT IN THE GRANTING OF SAID MOTION**.  Upon the recommendation of the Magistrate Judge, the District Judge could then grant the motion to dismiss.   There would be no trial or further proceedings herein.

Accordingly, the petitioner is ORDERED AND DIRECTED to file a response to said motion to dismiss **WITHIN THIRTY DAYS OF THE DATE OF THIS ORDER.**  Thereafter, the court will consider the motion and any opposition to same filed by the petitioner.

**SO ORDERED**, this 27th day of June 2006.

/s/ *Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE