# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDSOTA DIVISION

| | | |
|---|---|---|
| **JEREMY GERALD,** | : | |
| Petitioner, | : | |
| v. | : | Civil Action No. 7:06-cv-28 (HL) |
| **M. HICKS and THURBERT BAKER,** | : | |
| Respondents. | : | |

## ORDER

The Recommendation of the United States Magistrate Judge (Doc. 13) filed January 10, 2007, has been read and considered. No objections to the Recommendation were filed. The Recommendation is hereby accepted and made the Order of the Court.

**SO ORDERED**, this the 5th day of February, 2007.

        s/ Hugh Lawson
        **HUGH LAWSON, JUDGE**

pdl