IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| JEREMY GERALD, | : | |
| | : | |
| Petitioner | : | |
| | : | |
| VS. | : | |
| | : | NO. 7:06-CV-28 (HL) |
| Warden M. HICKS, | : | |
| | : | |
| Respondent | : | **O R D E R** |

Before the Court is petitioner **JEREMY GERALD'S** notice of appeal (Tab # 16) from the Court's February 5, 2007 order, which adopted Magistrate Judge Richard L. Hodge's recommendation that petitioner's 28 U.S.C. § 2254 motion be denied.  The Eleventh Circuit Court of Appeals has mandated that the court construe petitioner's notice of appeal as an application for a certificate of appealability ("COA") pursuant to 28 U.S.C. § 2253(c). *Edwards v. United States*, 114 F.3d 1083 (11th Cir. 1997).  Under section 2253(c), a COA may issue only if the applicant has made a substantial showing of the denial of a constitutional right. For the reasons stated in Magistrate Judge Hodge's recommendation and this Court's order accepting the same, the Court finds that petitioner has not made a substantial showing of the denial of a constitutional right.  28 U.S.C. § 2253(c)(2).  Accordingly, the application for a COA is **DENIED**.

**SO ORDERED**, this 26th day of February, 2007.


*s/  Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

cr